## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jaclyn N. Formanek  fka Jaclyn N.               CHAPTER 7
Wineberg

        Debtor(s)                  BKY. NO. 21-70113 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
11 Jun 2021, 08:03:06, EDT

Brian C. Nicholas, Esq. (317240)  ☐
Maria D. Miksich, Esq. (319383)  ☑
Rebecca A. Solarz, Esq. (315936)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: a96965b391838fd510ca1160cf138ca6881c69dd24666b720213a4750097b080