**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jaclyn N. Formanek** | Social Security number or ITIN   **xxx−xx−9257** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 21−70113−JAD | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Jaclyn N. Formanek
   fka Jaclyn N. Wineberg

7/7/21                                     **By the court:**   Jeffery A. Deller
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-70113-JAD

Jaclyn N. Formanek     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7    User: admin    Page 1 of 3
Date Rcvd: Jul 07, 2021    Form ID: 318    Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jaclyn N. Formanek, 190 Love Road, Valencia, PA 16059-2914 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15351802 | + | Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 15351803 | | Bank of America, PO Box 17234, Wilmington, DE 19850-7234 |
| 15351816 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank NA, 5050 Kingsley Drive, M/D 1MOCOP, Cincinnati, OH 45263 |
| 15351817 | | Hayt, Hayt & Landau, LLC, Meridian Center I, Two Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 15351818 | + | Hon. Wayne D. Seibel, 202 East Main Street, Evans City, PA 16033-1244 |
| 15351819 | | Matthew W. Pomy, Esq., Weltman, Weinberg & Reis, Co, L.P.A., 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 15351824 | + | Penn Highlands DuBois, 100 Hospital Avenue, Du Bois, PA 15801-1440 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 08 2021 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 07 2021 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 08 2021 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 07 2021 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 08 2021 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15351801 | | EDI: RMSC.COM | Jul 08 2021 03:48:00 | AEO/Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 15351804 | | EDI: BANKAMER.COM | Jul 08 2021 03:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2235 |
| 15351805 | + | EDI: CAPITALONE.COM | Jul 08 2021 03:48:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15351806 | | EDI: CITICORP.COM | Jul 08 2021 03:48:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 15351807 | + | EDI: CITICORP.COM | | |

District/off: 0315-7 User: admin Page 2 of 3
Date Rcvd: Jul 07, 2021 Form ID: 318 Total Noticed: 38

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | Jul 08 2021 03:48:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15351808 | + | EDI: COMCASTCBLCENT | Jul 08 2021 03:48:00 | Comcast, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 15351809 | + | EDI: COMCASTCBLCENT | Jul 08 2021 03:48:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 15351810 | | EDI: WFNNB.COM | Jul 08 2021 03:48:00 | Comenity - Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 15351811 | + | EDI: WFNNB.COM | Jul 08 2021 03:48:00 | Comenity Bank/Maurices Credit Card, PO Box 182789, Columbus, OH 43218-2789 |
| 15351812 | | EDI: WFNNB.COM | Jul 08 2021 03:48:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 15351813 | + | EDI: CCS.COM | Jul 08 2021 03:48:00 | Credit Collection Services, PO Box 710, Norwood, MA 02062-0710 |
| 15351815 | | EDI: DISCOVER.COM | Jul 08 2021 03:48:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 15351814 | | EDI: DISCOVER.COM | Jul 08 2021 03:48:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 15351821 | | EDI: AISMIDFIRST | Jul 08 2021 03:48:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 15351820 | | EDI: AISMIDFIRST | Jul 08 2021 03:48:00 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 15351822 | | EDI: AISMIDFIRST | Jul 08 2021 03:48:00 | Midland Mortgage Co., PO Box 268959, Oklahoma City, OK 73126-8959 |
| 15351825 | | EDI: PRA.COM | Jul 08 2021 03:48:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Suite 100, Norfolk, VA 23502 |
| 15351823 | | EDI: RMSC.COM | Jul 08 2021 03:48:00 | Paypal Credit/Syncb, PO Box 960006, Orlando, FL 32896-0006 |
| 15351826 | | Email/Text: steve@priorityfirstfcu.org | Jul 07 2021 23:49:00 | Priority First Federal Credit Union, 364 Midway Drive, Du Bois, PA 15801-3864 |
| 15351827 | | EDI: RMSC.COM | Jul 08 2021 03:48:00 | Syncb/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 15351828 | | EDI: RMSC.COM | Jul 08 2021 03:48:00 | Syncb/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 15351829 | | EDI: RMSC.COM | Jul 08 2021 03:48:00 | Syncb/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 15351830 | + | EDI: RMSC.COM | Jul 08 2021 03:48:00 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15351831 | + | EDI: RMSC.COM | Jul 08 2021 03:48:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 15352365 | + | EDI: RMSC.COM | Jul 08 2021 03:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15351832 | | EDI: RMSC.COM | Jul 08 2021 03:48:00 | Synchrony Bank/JCP, PO Box 960090, Orlando, FL 32896-0090 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

Case 21-70113-JAD    Doc 16    Filed 07/09/21    Entered 07/10/21 00:40:21    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-7 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2021 | Form ID: 318 | Total Noticed: 38 |

| | | |
|---|---|---|
| cr | | MIDFIRST BANK |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dennis M. Sloan | on behalf of Debtor Jaclyn N. Formanek sloanassoc@zoominternet.net  dsloan@sloanassoc.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Maria Miksich | on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5